**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.  11-cv-01158-REB-KMT

EDGAR NIEBLA MARTINEZ,

      Plaintiff-petitioner,

v.

JANET NAPOLITANO, Secretary, U.S. Department of Homeland Security,
ALEJANDRO MAYORKAS, Director, U.S. Citizenship and Immigration Services,
ROBERT M. COWAN, Director, National Benefits Center, U.S. Citizenship and
Immigration Services,

      Defendants-respondents.

---

**FINAL JUDGMENT**

---

Pursuant to Fed. R. Civ. P. 58(a), and the orders entered in this case, **Final Judgment** is entered.

A. Pursuant to the **Order Granting Motion To Dismiss** [#27] entered by Judge Robert E. Blackburn on March 28, 2012, which order is incorporated by reference,

**IT IS ORDERED** as follows:

1. That under FED. R. CIV. P. 12(b)(1), the **Defendants' Partial Motion To Dismiss Pursuant To Fed. R. Civ. P. 12(b)(1)** [#17] filed July 26, 2011, is **GRANTED**;

2. That the plaintiff-petitioner's claim challenging the February 26, 2003, decision of the Immigration and Naturalization Service to deny Family Unity benefits to the plaintiff-petitioner is **DISMISSED** for lack of jurisdiction and because it is barred by the applicable statute of limitations;

3. That the plaintiff-petitioner's claim seeking an injunction enjoining the

enforcement of an order of removal is **DISMISSED** for lack of jurisdiction; and

  4. That defendant-respondents John Morton, Director of Immigration and Customs Enforcement, and John Longshore, Field Office Director for the Immigration and Customs Enforcement Denver Office, are **DROPPED** from this action and the caption shall be **AMENDED** accordingly.

  B. Pursuant to the **Order Granting Motion To Dismiss** [#49] entered by Judge Robert E. Blackburn on March 25, 2013, which order is incorporated by reference,

  **IT IS ORDERED** as follows:

  1. That under FED. R. CIV. P. 12(b)(1), the **Defendants' Motion To Dismiss Based on Mootness, Cross-Motion for Summary judgment Pursuant To FED. R. CIV. P. 56(a), and Opposition To Plaintiff's Motion for Summary Judgment** [#40] filed October 10, 2012, is **GRANTED** on the basis that the controversy presented in this case now is moot;

  2. That the motion for summary judgment contained in the **Defendants' Motion To Dismiss Based on Mootness, Cross-Motion for Summary judgment Pursuant To FED. R. CIV. P. 56(a), and Opposition To Plaintiff's Motion for Summary Judgment** [#40] filed October 10, 2012, is **DENIED** as moot;

  3. That the parties' **Joint Motion for Determination** [#48] filed January 14, 2013, is **GRANTED** based on the determinations made in the order;

  4. That **JUDGMENT IS ENTERED** in favor of the defendants, Janet Napolitano, Alejandro Mayorkas, and Robert M. Cowan, and against the plaintiff, Edgar Niebla Martinez;

  5. That **JUDGMENT IS ENTERED** in favor of former defendants John Morton

and John Longshore on the bases cited in the Court's **Order Granting Motion To Dismiss** [#27] filed March 28, 2012; and

     6.  That the defendants are **AWARDED** their costs, to be taxed by the clerk of the court under Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

     DATED at Denver, Colorado, this 27th day of March, 2013.

                                    FOR THE COURT:

                                    JEFFREY P. COLWELL, CLERK

                                    By: <u>s/Edward P. Butler</u>
                                         Edward P. Butler
                                         Deputy Clerk